PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey
## Petition for Warrant for Offender Under Supervision

Name of Offender: Laquan Dent    Cr.: 2:03-CR-579

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 11/14/03

Original Offense: Counterfeiting

Original Sentence: 3 years probation.  Conditions: Six (6) months home confinement, full financial disclosure, & prohibition from opening new lines of credit.

Type of Supervision: Probation    Date Supervision Commenced: 11/14/03

Assistant U.S. Attorney: Robert Holmsen           Defense Attorney: Lorraine Gauli-Rufo, AFPD

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'** |
| | Dent left the District of New Jersey without permission as evidenced by his presence in New York and South Carolina on the following dates: October 12, December 18, 2004; January 7, February 16, March 7, April 21, June 8, July 8, and July 19, 2005; and January 29, February 1, March 5, March 7, April 18, April 19, June 14, and July 11, 2006. |

2. The offender has violated the supervision condition which states '**You shall submit a truthful and complete written report within the first five days of each month.**'

Dent falsified written supervision reports for October and December, 2004; January through June, 2005; and February, March, April, and June, 2006 by stating that he did not leave the District of New Jersey during those months. The offender traveled to Queens, New York and Myrtle Beach, South Carolina without permission throughout that time. Dent falsified his July 2006 report in that he disclaimed any contact with law enforcement; he committed a motor vehicle violation on July 11, 2006 in South Carolina.

3. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence.**' On or about June 8, 2005, Dent moved to 504 River Oaks Drive, Myrtle Beach, South Carolina. He did not notify his probation officer on or before June 12, 2005 or at any time thereafter.

4. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On July 11, 2006, Dent was charged with a motor vehicle violation (speeding) in South Carolina. The offender did not report this law enforcement contact on or before July 15, 2006 or at any time thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer

Date: 10/25/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

**Dennis M. Cavanaugh**
U.S. District Judge
Date 10/30/06